UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GILBERTO GUTIERREZ, on behalf of himself and
others similarly situated,

        Plaintiff,                     08 CV 5165 (GBD)

    - v. -                   **STATEMENT PURSUANT TO**
                                  **FEDERAL CIVIL RULE 7.1**

JAMALI GARDEN SUPPLIES, INC.,

        Defendant.

------------------------------------------------------------X

To:    Robert L. Kraselnik, Esq. (RK-0684)
        40 Wall Street, 28th Floor
        New York, NY 10005
        (212) 400-7160

        *Attorney for Plaintiff*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel of record of corporate defendant JAMALI GARDEN SUPPLIES, INC., ("Corporate Defendant") states that there are no corporate parents of the Corporate Defendant and that no publicly held corporation owns any stock in the Corporate Defendant.

Dated: June 24, 2008
       Forest Hills, New York

                                                  /S/
                                    Arthur H. Forman (AF-9646)
                                    98-20 Metropolitan Avenue
                                    Forest Hills, New York 11375
                                    Tel: 718-268-2616

                                    *Attorney for Defendant*